1
2
3
4
5
6
7
8                          IN THE UNITED STATES DISTRICT COURT

9                        FOR THE NORTHERN DISTRICT OF CALIFORNIA

10
11
12
   **THOMAS PAYTON GARLAND,**                    Case No.  C 13-04779 SBA (PR)
13
                                   Plaintiff,    **ORDER GRANTING EXTENSION OF**
14                                               **TIME TO FILE MOTION FOR**
          **v.**                                 **SUMMARY JUDGMENT**
15
16  **D. JACOBSEN, S. RISENHOOVER, M.**
   **McLEAN, and S. RAY,**
17
                                  Defendants.
18
19
           Defendants D. Jacobsen, S. Risenhoover, M. McLean and S. Ray have filed a request for an
20
   extension of time to file a motion for summary judgment.
21
           Good cause appearing, the motion is GRANTED.  Defendants shall file their motion for
22
   summary judgment by **August 4, 2014**.  Plaintiff shall file his Opposition no later than **twenty-**
23
   **eight (28) days** after the date on which the Defendants' motion is filed.  Defendants shall file a
24
   reply brief no later than **fourteen (14) days** after the date Plaintiff's opposition is filed.
25
           IT IS SO ORDERED.
26
   Dated:  ____7/16/2014____          _____
27                                     HON. SAUNDRA BROWN ARMSTRONG
                                       United States District Judge
28